**Judge Hellerstein**

**08 CV 0078**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS MIDDLE EAST CARRIERS, LTD.,

                Plaintiff,

    -against-

AL-KHALEJIA LOCAL FOR AGGREGATES,

                Defendant.
------------------------------------x

**ECF**
**RULE 7.1 STATEMENT**



        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, TBS MIDDLE EAST CARRIERS, LTD., certifies that the common shares of its corporate parent, TBS International Limited, are publicly held.

Dated:    New York, New York
           January 4, 2008

                                    CARDILLO & CORBETT
                                    Attorneys for Plaintiff,
                                    TBS MIDDLE EAST CARRIERS, LTD.

                        By: _____
                             Tulio R. Prieto (TP 8455)

                                    Office and P. O. Address
                                    29 Broadway
                                    New York, NY 10006
                                    Tel:(212) 344-0464
                                    Fax:(212) 797-1212