UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS MIDDLE EAST CARRIERS, LTD.,      :
                                     :   ECF
              Plaintiff,             :   ORDER APPOINTING
                                     :   PERSON TO SERVE
         -against-                   :   PROCESS
                                     :   08 Civ. 78 (AKH)
AL-KHALEJIA LOCAL FOR AGGREGATES,    :
                                     :
              Defendant.             :
------------------------------------x

    Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

    Upon reading the Affidavit of Tulio R. Prieto, sworn to January 4, 2008, and good cause having been shown,

    IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
    January 7, 2008

                _____
                 United State District Judge